UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAWRENCE P. SCHWARTZ,<br>Individually and on Behalf of a Class,<br>   Plaintiff,<br><br>v.<br><br>CACH, LLC;<br>SQUARE TWO FINANCIAL CORP.; and<br>J.A. CAMBECE LAW OFFICES, PC,<br>   Defendants. | Docket No. _____ |

## NOTICE OF REMOVAL ON BEHALF OF ALL DEFENDANTS

TO THE HONORABLE JUDGES AND CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS.

Under 28 U.S.C. §§ 1331, 1441 and,1446, all of the defendants, CACH, LLC, SquareTwo Financial Corp., and J.A. Cambece Law Offices, PC, hereby gives notice of the removal to this Court of *Lawrence P. Schwartz v. CACH, LLC, et al.*, Civil Action No. 13-04191-F, filed in the Superior Court Department for Middlesex County, Massachusetts, on the following grounds:

    1.    CACH is a defendant in this action. The summons for CACH was dated September 30, 2013, and was sent via First Class Mail to CACH which received it on October 3, 2013. A copy of the Complaint is attached as Exhibit 1. A copy of the Summons served on CACH, LLC is attached as Exhibit 2.

    2.    SquareTwo Financial is a defendant in this action. The summons for SquareTwo Financial was dated September 30, 2013, and was sent via First Class Mail to SquareTwo

Financial which received it on October 3, 2013. A copy of the Summons served on SquareTwo Financial is attached as Exhibit 3.

3. J.A. Cambece Law Offices is a defendant in this action. J.A. Cambece Law Offices received a Summons at its principal place of business on October 2, 2013. A copy of the Summons served on J.A. Cambece Law Offices is attached as Exhibit 4.

4. This Notice of Removal is being filed within 30 days of receipt of a copy of the Summons and Complaint by each defendant and is timely filed under 28 U.S.C. § 1446(b). *See, e.g.*, *Murphy Bros, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 350-51 (1999) ("[O]ne becomes a party officially, and is required to take action in that capacity, only upon service of a summons or other authority-asserting measure stating the time within which the party served must appear and defend.").

5. The defendants' time to answer or remove with respect to the Summons and Complaint has not expired.

6. The plaintiff brings this action, purported on behalf of a class of similarly situated persons, against CACH, Square Two Financial Corporation, and J.A. Cambece Law Offices, PC for alleged violations of debt collection laws.

7. The plaintiff alleges that "a substantial question exists as to whether CACH, Square Two and Cambece violated the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C. § 894 [and] 18 U.S.C. § 1961 . . . ." Ex. 1, Compl. ¶ 14, at 3.

8. The plaintiff, in his "prayers for relief" requests that the Court "[d]etermine that CACH, Square Two and Cambece have committed . . . RICO violations . . . by filing complaints in the Massachusetts' courts for consumers' credit card transactions." Ex. 1, Compl., Prayers for Relief, ¶ 4, at 7.

9. The plaintiff also sets forth various state-law claims arising out of the same alleged violation of debt-collection laws.  None of these claims raise novel or complex issues of State law.

10. This Court has original subject-matter jurisdiction over this action insofar as it alleges a violation of RICO under 28 U.S.C. § 1331. *See, e.g.*, *Busby v. Capital One, N.A.*, 759 F. Supp. 2d 81, 83 (D.D.C. 2011) (recognizing that RICO claims plainly "arise under" federal law for purposes of removal).

11. The Court has supplemental jurisdiction over the related state-law claims under 28 U.S.C. § 1367.  As a result, this action may be removed to this court under 28 U.S.C. § 1441(a) and (c).

12. All of the defendants assent to the removal of this action to this Court.

13. In accordance with 28 U.S.C. § 1446(d), written notice of the filing of this removal notice will be given to the Plaintiff, and will be filed with the Clerk of Courts for Middlesex Superior Court following the filing of this notice.

For the foregoing reasons, the defendants request that this action now pending in the Middlesex County Superior Court in the Commonwealth of Massachusetts be removed to this Court.

Dated: October 21, 2013

| CACH, LLC<br>By its attorneys, | SQUARETWO FINANCIAL, CORP.<br>By its attorneys, |
|---|---|
| /s/ Joshua M. D. Segal<br>Scott P. Lopez (BBO# 549556)<br>    slopez@lawson-weitzen.com<br>Joshua M. D. Segal (BBO# 678367)<br>    jsegal@lawson-weitzen.com<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Ste. 345<br>Boston, Massachusetts 02210<br>(617) 439-4990<br>(617) 439-3987 (fax) | /s/ Wynter N. Lavier<br>Elizabeth B. Burnett, BBO# 066120<br>Wynter N. Lavier, BBO# 670618<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-600<br>(617) 542-2241 (fax)<br>eburnett@mintz.com<br>wlavier@mintz.com |

J.A. CAMBECE LAW OFFICES, P.C.
By its attorneys,

/s/ Andrew M. Schneiderman
Ranen S. Schechner, BBO #655641
Andrew M. Schneiderman, BBO #666252
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants by first class mail and email by October 21, 2013.

/s/ Joshua M. D. Segal
Joshua M. D. Segal