UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE P. SCHWARTZ,<br>Individually and on Behalf of a Class,<br>     Plaintiff,<br><br>v.<br><br>CACH, LLC;<br>SQUARE TWO FINANCIAL CORP.; and<br>J.A. CAMBECE LAW OFFICES, PC,<br>     Defendants. | Docket No.  1:13-cv-12644 -FDS |

ASSENTED-TO MOTION TO EXTEND TIME TO FILE A RESPONSE TO THE
COMPLAINT ON BEHALF OF ALL DEFENDANTS

Under Fed. R. Civ. P. 6(b)(1)(A), and with the assent of Plaintiff's counsel, the defendants, CACH, LLC, Square Two Financial Corp., and J.A. Cambece Law Offices, P.C. move for a two-week extension to respond to the Plaintiff's Complaint.  This action was removed to this Court on October 21, 2013.  The original deadline for a response would have been October 28, 2013.  The deadline requested by this motion is November 12, 2013.  Counsel for the plaintiff, Evans Carter, assented to this motion by telephone call with Wynter Lavier, counsel for Square Two Financial, on October 22, 2013.

The defendants hereby request an order extending the time by which they must file a responsive pleading to November 12, 2013.

Dated: October 23, 2013

| | |
|---|---|
| CACH, LLC<br>By its attorneys, | SQUARETWO FINANCIAL, CORP.<br>By its attorneys, |
| /s/ Joshua M. D. Segal<br>Scott P. Lopez (BBO# 549556)<br>    slopez@lawson-weitzen.com<br>Joshua M. D. Segal (BBO# 678367)<br>    jsegal@lawson-weitzen.com<br>LAWSON & WEITZEN, LLP<br>88 Black Falcon Avenue, Ste. 345<br>Boston, Massachusetts 02210<br>(617) 439-4990<br>(617) 439-3987 (fax) | /s/ Wynter N. Lavier<br>Elizabeth B. Burnett, BBO# 066120<br>Wynter N. Lavier, BBO# 670618<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-600<br>(617) 542-2241 (fax)<br>eburnett@mintz.com<br>wlavier@mintz.com |

J.A. CAMBECE LAW OFFICES, P.C.
By its attorneys,

/s/ Andrew M. Schneiderman
Ranen S. Schechner, BBO #655641
Andrew M. Schneiderman, BBO #666252
Hinshaw & Culbertson LLP
28 State Street
24th Floor
Boston, MA 02109
617-213-7000
617-213-7001  (facsimile)

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants by first class mail and email on October 23, 2013.

                                                      /s/ Joshua M. D. Segal
                                                      Joshua M. D. Segal