UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LAWRENCE P. SCHWARTZ,<br>Individually and on Behalf of a Class,<br>    Plaintiff,<br><br>v.<br><br>CACH, LLC;<br>SQUARE TWO FINANCIAL CORP.; and<br>J.A. CAMBECE LAW OFFICES, PC,<br>    Defendants. | Docket No. 1:13-CV-12644-FDS |

DEFENDANT CACH LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS

Under 9 U.S.C. § 3, and upon the pleadings, memoranda, affidavits, and documents submitted with this motion, defendant CACH, LLC moves this Court to compel the plaintiff, Lawrence P. Schwartz, to arbitrate all claims against CACH, and to dismiss – or in the alternative stay – the proceedings in this case against CACH.

Mr. Schwartz claims that he is entitled to damages from CACH because of its use of Massachusetts courts to collect a debt. One of the debts and resulting civil actions at issue was a credit card debt originally owed to FIA Card Services, N.A., a wholly owned subsidiary of Bank of America Corporation. FIA assigned this debt to CACH. Pursuant to Mr. Schwartz's agreement with FIA, the benefits of which were assigned to CACH, either party was entitled to select arbitration to resolve a dispute between the parties at any time, unless a judgment had been rendered or it would cause substantial prejudice by a delay. There is no judgment in this case. Additionally, Mr. Schwartz will not suffer prejudice as the result of any delay, and as such, CACH is entitled to have this action dismissed (on in the alternative, stayed) and the dispute resolved through arbitration.

Dated: November 12, 2013

                                      CACH, LLC
                                      By its attorneys,

                                      /s/ Joshua M. D. Segal
                                      Scott P. Lopez (BBO# 549556)
                                          slopez@lawson-weitzen.com
                                      Joshua M. D. Segal (BBO# 678367)
                                          jsegal@lawson-weitzen.com
                                      LAWSON & WEITZEN, LLP
                                      88 Black Falcon Avenue, Ste. 345
                                      Boston, Massachusetts 02210
                                      (617) 439-4990
                                      (617) 439-3987 (fax)

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and paper copies will be sent to those indicated as non-registered participants by first class mail.

                                        /s/ Joshua M. D. Segal
                                        Joshua M. D. Segal

## LOCAL RULE 7.1(a)(2) CERTIFICATION

     I hereby certify that I have conferred with Evans J. Carter, Esq., counsel for the plaintiff, in good faith to resolve or narrow the issues presented in this motion. We were unable to do so.

                                        /s/ Joshua M. D. Segal
                                      Joshua M. D. Segal